# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

# SUMMONS IN A CIVIL CASE

Featherway R. Johns,
Plaintiff,

v.

Fitzgerald Law Firm, PC, a Georgia
professional corporation,
Defendant.

Docket Number: 08 cv 2772

Assigned Judge: JUDGE DOW, JR.

Designated Magistrate Judge: MAGISTRATE JUDGE KEYS

To: Fitzgerald Law Firm, PC
C/O Corporate Creations Network, as registered agent
2985 Gordy Parkway, #421
Marietta, Georgia 30066

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*[signature]*
(By) DEPUTY CLERK

Date

May 14, 2008
Date

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me.    DATE: 5/20/08

NAME OF SERVER (PRINT) Dennis Nowik    TITLE: Process Server

*Check one box below to indicate appropriate method of service-*

[X] Served personally upon the defendant. Place where served: 2985 Gordy Pkwy, #421 Marietta GA 30066 by handing to Charlotte Coty, auth. agent for Registered Agent

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/20/08
Date

Signature of Server

Address of Server

Express Process Service
8418 Brookville Road
Indianapolis, IN 46239

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Northern District of Illinois

Case Number: 08 CV 2772

Plaintiff:
**Featherway R. Johns**
vs.
Defendant:
**Fitzgerald Law Firm, P.C.**

Received by EXPRESS PROCESS SERVICE, INC. on the 15th day of May, 2008 at 8:54 am to be served on Fitzgerald Law Firm, P.C. c/o Corporate Creations Network, Registered Agent, 2985 Gordy Parkway #421, Marietta, GA 30066. I, _Dennis Nowik_, being duly sworn, depose and say that on the _20th_ day of _May_, 20_08_ at _3:00_ .m., executed service by delivering a true copy of the Summons and Complaint in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____

(X) CORPORATE SERVICE: By serving _Charlotte Oxley_ as _Authorized agent for Reg Agent_.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _____

Age ____ Sex M F Race ____ Height ____ Weight ____ Hair ____ Glasses Y N

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _23rd_ day of _May_, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

PROCESS SERVER # _____
Appointed in accordance
with State Statutes

EXPRESS PROCESS SERVICE, INC.
8418 Brookville Road
Indianapolis, IN 46239-9491
(317) 890-1055

Our Job Serial Number: 2008003621

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f