**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Featherway R. Johns, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   1:08-CV-02772 |
| | ) | |
| Fitzgerald Law Firm PC, | ) | Judge Dow Jr. |
| an Ohio corporation, d/b/a CBCS, | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

Plaintiff, Featherway R. Johns, having reached a settlement with the Defendant, hereby stipulates to the dismissal of this action with prejudice.

Dated: July 10, 2008

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps  (Ill. Bar No. 06196285)
Mary E. Philipps
Bonnie C. Dragotto
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465

The foregoing stipulation is hereby approved and this action is dismissed with prejudice.

Dated: _____

ENTERED:

_____
Judge Robert M. Dow Jr.,
United States District Court

## **CERTIFICATE OF SERVICE**

I, David J. Philipps, hereby certify that on July 10, 2008, a copy of the foregoing **Stipulation of Dismissal** was filed electronically.  Notice of this filing will be sent to the following party via U.S. Mail, first class postage pre-paid, on July 10, 2008 by 5:00 p.m.


Donald P. Fitzgerald, President          dfitzgerald@flfpc.com
The Fitzgerald Law Firm, P.C.
3025 Windward Plaza
Suite 195
Alpharetta, Georgia 30005
(770) 320-0167
(770) 780-2703 (Cell)


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com