## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Featherway R Johns
                              Plaintiff,

v.                                                    Case No.: 1:08–cv–02772
                                                      Honorable Robert M. Dow Jr.

Fitzgerald Law Firm PC
                              Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 15, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to Stipulation [10], the above−entitled case is hereby dismissed with prejudice, all matters in controversy having been settled. Status hearing date of 7/17/08 is stricken.Civil case terminated. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.